JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVID LEGERE, | Case No.: 2:08-cv-04386-FMC-AGRx |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| COUNTY OF LOS ANGELES, SERGEANT HAYES, DEPUTY B. WALSH, SERGEANT STEVEN CASAUS, DEPUTY SEALS, DEPUTY WELCH; AND DOES 1 through 10, | |
| Defendants. | |

The Motion for Summary Judgment or, Alternatively, Partial Summary Judgment, of defendants County of Los Angeles, Sergeant Hayes, Deputy B. Walsh, Sergeant Casaus, Deputy Seals, and Deputy Welch (hereinafter collectively referred to as "defendants") on the operative Complaint of plaintiff Joshua David Legere (hereinafter referred to as "plaintiff"), filed in the above-entitled action on June 18, 2009, came on regularly before the Court, Honorable Florence-Marie Cooper, District Court Judge Presiding. The Court read and duly considered the moving, opposing, and reply documents, and duly considered all evidence and argument presented in connection therewith. The Court deemed the matter appropriate for decision without oral argument.

1  The Court having duly rendered its decision on the matter, issuing its Order Granting Defendants' Motion for Summary Judgment (Docket No. 35) on July 17, 2009, in favor of defendants and against plaintiff,

4  IT IS HEREBY ORDERED AND ADJUDGED that plaintiff, Joshua David Legere, shall take nothing and his action shall be dismissed on the merits and defendants, County of Los Angeles, Sergeant Hayes, Deputy B. Walsh, Sergeant Casaus, Deputy Seals, and Deputy Welch, shall recover their costs.

Dated: July 22, 2009

_____
Honorable Florence Marie Cooper
United States District Court Judge

1  JUDGMENT [Proposed] submitted by:

2  Susan E. Coleman, Esq.
   State Bar No. 171832
3  MANNING & MARDER
   KASS, ELLROD, RAMIREZ LLP
4  15th Floor at 801 Tower
   801 South Figueroa Street
5  Los Angeles, CA 90017
   Telephone: (213) 624-6900
6  Facsimile: (213) 624-6999
   Email: SEC@mmker.com

7
   Attorneys for Defendants,
8  COUNTY OF LOS ANGELES, SERGEANT HAYES, DEPUTY B. WALSH, SERGEANT STEVEN CASAUS, DEPUTY SEALS, DEPUTY WELCH

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28